324

BESSIE SHANFIELD v. LOUIS SARITSKY.

October 15, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT MICHAEL CONOVER.

October 15, 1974. Petition for certification denied.

DIANE SWINT v.
DEPARTMENT OF INSTITUTIONS AND AGENCIES.

October 15, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ISAAC AARON LEWIS.

October 15, 1974. Petition for certification granted.

BOARD OF EDUCATION TWP. OF HILLSIDE v.
HILLSIDE EDUCATION ASSOCIATION.

October 15, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM WORTHINGTON.

October 15, 1974. Petition for certification denied.